UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MOHAMMED SALAMEH,

        Movant,

   -against-                                   22-cv-3267 (LAK)
                                                  (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2022

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In light of the order of the Court of Appeals, the government shall answer the motion for relief pursuant to 28 U.S.C. § 2255 on or before October 6, 2022. Any reply on behalf of movant shall be served and filed no later than November 7, 2022.

        SO ORDERED.

Dated: July 8, 2022

                                                          /s/ Lewis A. Kaplan (mab)
                                                           _____
                                                                    Lewis A. Kaplan
                                                             United States District Judge