**DOCKET**

February 19, 2023

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patric Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED MAR 03 2023 JUDGE KAPLAN'S CHAMBERS

Re: Mohammad Salameh v. United States of America
22-cv-3267 (LAK) / 93-cr-180 (LAK)

Dear Judge Kaplan:

I am the Movant in the above mentioned case in which he seeks a relief 2255. I am seeking your grant of my previous two motions for appointment of counsel. In my 2255 Motion for relief I raised to claims: One over Ineffective Assistance of Counsel, and ~~two~~ one over 924(c)3(A) for Count Nine in my indictment in light of U.S. v. Taylor, 142 S. Ct. 2015, No. 20-1459, which was decided on June 21, 2022.

On June 24, 2020 this Court vacated Count Ten 924(c)3(B) from my indictment after U.S. v. Davis but denied my Count Nine vacation.

Honorable Judge Kaplan, I believe I have a good chance to vacate Count Nine (and more), and I am

cont'd, page 2 →

Hon. Judge Kaplan's ltr, cont'd,   Page Two   02-19-2023

= worried if I continue with No lawyer I may lose this case. Accordingly, I'll appreciate it very much if you appoint a counsel for me to assist/represent me in this case. My previous 2255 Motion was litigated by attorney Philip Weinstein from Federal Defenders of New York, Inc.

   Thank you very much in advance for your consideration.

Respectfully submitted,

Moh'd

Mohammad Salameh
Reg. # 34338-054
U.S.P Marion - CMU
P.O. Box 1000
Marion, IL 62959
in pro se