UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMAD SALAMEH, | Case No. 22-CV-3267 (LAK) |
| | 93-CR-0180 (LAK) |
| Movant, | Movant's Motion/Notification |
| | To Appeal All Rulings of U.S. |
| v. | District Court, Southern District |
| | of New York of May 18, 2023 |
| UNITED STATES OF AMERICA, | Concerning Movant's 2255 Motion |
| | For Relief. |
| Respondent. | |

ELECTRONICALLY FILED
DOC:
DATE FILED: 6-7-23

Movant Mohammad Salameh, respectfully requests and notify this honorable Court that he intents and requests to appeal this Court's rulings of May 18, 2023, concerning Movant's 2255 Motion and other motions, to the United States Court of Appeals for The Second Circuit.

Movant was informed about this Court's denial of Movant's 2255 and Certificate of Appealability of May 18, 2023, through a lawyer (see Attachment email dated May 19, 2023 to Movant from Joyce E. Rosendahl).

Movant has not received yet this Court's decision/denial of his 2255 Motion for Relief.

Movant appreciates if the clerk of this Court informs the U.S. Court of Appeals for the Second Circuit of his intention to appeal this Court's rulings of May 18, 2023 on his 2255 Motion, and his need for all needed forms to file the appeal.

Respectfully submitted,

Mohd

May 29, 2023
DATE

Mohammad Salameh
Reg. # 34338-054
USP Marion - CMU
P.O. Box 1000
Marion, IL 62959
in pro se

− 2 −

-------------------------------------------------------------------------------------------------

FROM: E Rosendahl, Joyce
TO: 34338054
SUBJECT: 2255
DATE: 05/19/2023 11:58:19 AM

Assalamu alaykum

Here are the latest docket entries:

05/18/2023      26      MEMORANDUM AND ORDER on Motion to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). The 2255 motion is denied in all respects. The motion for appointment of counsel is denied as moot. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3). SO ORDERED. (Signed by Judge Lewis A. Kaplan on 5/18/23) (yv) (Entered: 05/18/2023)
05/18/2023      27      LETTER addressed to United States District Court, Southern District of New York from Mohammad Salameh dated 2/28/23 re: Movant's Motion for Appointment of Counsel and for Extension of Time to Reply to Respondent's Response to Movant's 2255 Motion for Relief. Document filed by Mohammad Salameh.(yv) (Entered: 05/18/2023)

Mohammad Salameh
# 34338-054
USP Marion- CMU
P.O. Box 1000
Marion, IL 62959

SAINT LOUIS MO 630

1 JUN 2023   PM 9 L





⇔34338-054⇔
Lewis A Kaplan
U.S. District Judge
500 Pearl ST
NEW YORK, NY 10007
United States

10007-131699